UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:25-cr-57-KDB |
|---|---|---|
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violations: |
| | ) | 18 U.S.C. § 2252A(a)(2)(A) |
| TONY LEN FORD | ) | 18 U.S.C. § 2252A(a)(5)(B) |

**THE GRAND JURY CHARGES:**

**COUNTS ONE THROUGH THREE**
(Distribution of Child Pornography)

On or about the dates set forth in the table below, in Watauga County, within the Western District of North Carolina and elsewhere, the defendant,

**TONY LEN FORD,**

knowingly distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

| Count | Approximate Date |
|---|---|
| 1 | July 8, 2024 |
| 2 | January 20, 2025 |
| 3 | April 9, 2025 |

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A) & (b)(1).

**COUNT FOUR**
(Possession and Access with Intent to View Child Pornography
Involving Prepubescent Minors)

From on or about July 8, 2024, and continuing through on or about July 22, 2025, in Watauga County, within the Western District of North Carolina and elsewhere, the defendant,

**TONY LEN FORD,**

did knowingly possess, and access with intent to view, any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed,

and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) & (b)(2).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 2253. The following property is subject to forfeiture in accordance with Section 2253:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b) and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. Samsung S20, model SM-G988U, including installed micro SD card;
b. Samsung S24, model SM-S928U; and
c. SanDisk Ultra USB 128 GB.

A TRUE BILL:

FOREMAN

RUSS FERGUSON
UNITED STATES ATTORNEY

DANIEL CERVANTES
ASSISTANT UNITED STATES ATTORNEY